ORIGINAL

FILED

04/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0177

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 20-0177

NANCY JENSEN and JACOB JENSEN,

Petitioners,

v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, MISSOULA COUNTY, HONORABLE
ROBERT L. DESCHAMPS, III, Presiding Judge

Respondent.

FILED

APR 02 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioners Nancy Jensen and Jacob Jensen seek a writ of supervisory control directing the Fourth Judicial District Court, Missoula County, to reverse its Order granting summary judgment in its Cause No. DV-18-819. In that Order, the District Court granted summary judgment in favor of Defendants Farmers Insurance Exchange, Mid-Century Insurance Company, and John Does 1-5 which dismissed Jensens' Unfair Trade Practice Act claims against them. Jensens allege supervisory control is necessary in this case because allowing the matter to move forward on only the remaining counts would require piecemeal and duplicative discovery, and the possibility of having to conduct two trials and two appeals for the same controversy.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Fourth Judicial District Court and Farmers Insurance Exchange, Mid-Century Insurance Company, and John Does 1-5, or both, are granted 30 days from the date of this Order to prepare, file, and serve a response(s) to the petition for writ of supervisory control in Cause No. DV-18-819.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Fourth Judicial District Court, Missoula County, Cause No. DV-18-819, and the Honorable Robert L. Deschamps, III, presiding.

DATED this 2nd day of April, 2020.

For the Court,

By _____
        Justice

2